# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:06cv49

| | |
|---|---|
| LISA McCURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PACKAGING CORPORATION OF ) | |
| AMERICA; and LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant Packaging Corporation of America's Motion to Attend Mediated Settlement Conference by Telephone. Having considered defendant Packaging Corporation of America's motion and it appearing that PCA has fully delegated its fiduciary responsibilities for consideration of LTD claims to LINA, and that LINA will be represented at such conference by a person with full authority to resolve this action, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant Packaging Corporation of America's Motion to Attend Mediated Settlement Conference by Telephone (#17) is **GRANTED**.

```
Signed: August 16, 2006
```

Dennis L. Howell
United States Magistrate Judge